

_____
Honorable August B. Landis
United States Bankruptcy Judge

**Entered on Docket**
**March 06, 2014**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: | Case No. 14-10724-ABL |
| REZA ATHARI & ASSOCIATES, P.L.L.C., | Chapter 11 |
| Debtor. | Hearing Date:  March 5, 2014 |
| | Hearing Time: 11:00 a.m. |

**ORDER SETTING DEADLINES FOR DISCLOSURE STATEMENT,
PLAN AND SOLICITATION OF PLAN ACCEPTANCE**

The Court held a status conference regarding this Chapter 11 proceeding on March 5, 2014, at 11:00 a.m.  During the hearing, the Court established deadlines for the debtor to file a disclosure statement and plan, and solicit acceptances of a plan pursuant to 11 U.S.C. § 105(d)(2)(B)(i) and (ii).

**IT IS HEREBY ORDERED** that the debtor must file a disclosure statement and plan on or before June 3, 2014.

**IT IS FURTHER ORDERED** that the deadline for solicitation of acceptance of the debtor's plan must be within 45 days after the date that the plan is filed.

Notice and copies sent through:

CM/ECF ELECTRONIC NOTICING AND/OR BNC MAILING MATRIX

# # #

1