# United States Bankruptcy Court
## District of Nevada

## NOTICE OF DOCKETING ERROR

| | |
|---|---|
| In Re: | REZA ATHARI & ASSOCIATES, P.L.L.C. |
| Case Number: | 14−10724−abl |

| | | | |
|---|---|---|---|
| Filed On: | 4/15/14 | Hearing Date: | |
| Document Number: | 54 | Hearing Time: | |

Title of PDF:    DEBTOR'S CHAPTER 11 DISCLOSURE STATEMENT

## THE FOLLOWING ERRORS APPEAR ON THE DOCKET:

PDF has a missing, incorrect, or misspelled debtors name. Please file an amended pleading immediately.

The case number is incorrect on the PDF. Please file an amended pleading or file it in the correct case.

Dated: 4/16/14                                                BY THE COURT

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of the Bankruptcy Court

For additional information, please contact:
CM/ECF Customer Support Help Desk: (866) 232−1266 (toll free)
E−mail: helpdesk@nvb.uscourts.gov