_____
Honorable August B. Landis
United States Bankruptcy Judge

**Entered on Docket**
**May 22, 2014**

___

Scott Andrew Farrow
Acting Assistant United States Trustee
State Bar # WI 1000609
*scott.a.farrow@usdoj.gov*

Jonas V. Anderson, Attorney
State Bar # VA 78240
*jonas.v.anderson@usdoj.gov*

**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Tel.: (702) 388-6600, Ext. 227
Fax:  (702) 388-6658

**Attorneys for the United States Trustee for Region 17**
        **TRACY HOPE DAVIS**

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>REZA ATHARI & ASSOCIATES,<br>P.L.L.C.,<br><br>                    Debtor. | Case No: BK-S-14-10724-ABL<br><br>Chapter 11<br><br>Date: May 7, 2014<br>Time: 11:00 a.m.<br>Place: ABL-Courtroom 1, Foley Federal Bldg. |

### ORDER DENYING MOTION TO DISMISS CASE

On April 16, 2014, the Court convened a hearing on the *Motion of the United States Trustee, Pursuant to 11 U.S.C. §§ 1112(e), 1112(b) and Federal Rules of Bankruptcy Procedure 1007, 1017(f) and 9014, to Dismiss Chapter 11 Case* ("Motion to Dismiss").  Based on the

Motion to Dismiss, the Court entered an order ("Order") [Docket No. 63] directing Reza Athari & Associates, P.L.L.C. to file an ex parte motion to redact certain private information, as required under Federal Rule of Bankruptcy Procedure 9037/Local Rule 9037, and to amend the operating report Debtor filed on April 15, 2014 [Docket No. 53].

The Court also continued the hearing on the Motion to Dismiss to May 7, 2014, at which time Mark B. Pyper, Esq. appeared on behalf of Debtor and Jonas V. Anderson, Esq. appeared on behalf of the United States Trustee. At the May 7, 2014 hearing, the Court determined that the predicate grounds for the Motion to Dismiss had been resolved.

WHEREFORE, for good cause shown,

**IT IS HEREBY ORDERED** that the Motion to Dismiss is **DENIED.**

Submitted by:

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: */s/ Jonas V. Anderson*
     Jonas V. Anderson, Esq.
     United States Department of Justice
     Attorney for the United States Trustee

## RULE 9021 DECLARATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

☐ The court has waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

APPROVE/DISAPPROVE

*/s/ Mark B. Pyper*

MARK B. PYPER, ESQ.
OWENS & PYPER, P.L.C.
3030 N. CENTRAL AVENUE, STE. 1406
PHOENIX, AZ 85012

*Attorney for Debtor*

☐ I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

By: */s/ Jonas V. Anderson*
Jonas V. Anderson, Esq.
United States Department of Justice
Attorney for the United States Trustee