## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: Reza Athari & Associates, P.L.L.C.

Case No. _____14-10724-abl_____

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

### SUMMARY OF FINANCIAL STATUS

MONTH ENDED: ___7/31/14___    PETITION DATE: ___02/02/14___

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___X___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in ___$1___

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $285,137 | $242,303 | |
| | b. Total Assets | $364,077 | $307,003 | $64,700 |
| | c. Current Liabilities | $109,321 | $56,791 | |
| | d. Total Liabilities | $1,064,184 | $1,011,654 | $751,238 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $347,279 | $215,907 | $1,475,186 |
| | b. Total Disbursements | $304,445 | $178,131 | $1,205,312 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $42,834 | $37,776 | $269,874 |
| | d. Cash Balance Beginning of Month | $242,103 | $204,327 | $15,063 |
| | e. Cash Balance End of Month (c + d) | $284,937 | $242,103 | $284,937 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | $4,544 | $18,321 | $155,290 |
| 5. | Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. | Post-Petition Liabilities | $109,321 | $56,791 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Any post-petition borrowing during this reporting period? (See Due to Affiliates) | X | |

15. Check if paid: Post-petition taxes ___X___ ;    U.S. Trustee Quarterly Fees ___X___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___X___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: ___8/19/14___

_Reza Athari_

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ 07/31/14 _____

| Actual | Forecast | Variance | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | Current Month | | | | | |
| | | | | **Revenues:** | | |
| $316,903 | $296,000 | $20,903 | 1 | Gross Sales | $1,473,493 | $262,000 |
| $10,861 | $10,300 | $561 | 2 | less: Sales Returns & Allowances | $65,449 | $11,000 |
| $306,042 | $285,700 | $20,342 | 3 | Net Sales | $1,408,044 | $251,000 |
| $0 | $0 | $0 | 4 | less: Cost of Goods Sold          (Schedule 'B') | $0 | $0 |
| $306,042 | $285,700 | $20,342 | 5 | Gross Profit | $1,408,044 | $251,000 |
| $57 | $40 | $17 | 6 | Interest | $187 | $60 |
| $316 | $500 | ($184) | 7 | Other Income:          COLLECTIONS | $4,766 | $300 |
| | | | 8 | | | |
| | | | 9 | | | |
| $306,415 | $286,240 | $20,175 | 10 | Total Revenues | $1,412,997 | $251,360 |
| | | | | **Expenses:** | | |
| $0 | $0 | $0 | 11 | Compensation to Owner(s)/Officer(s) | $0 | $0 |
| $0 | $0 | $0 | 12 | Salaries | $0 | $0 |
| $0 | $0 | $0 | 13 | Commissions | $0 | $0 |
| $0 | $0 | $0 | 14 | Contract Labor | $127 | $0 |
| | | | | Rent/Lease: | | |
| $200 | $200 | $0 | 15 | Personal Property | $1,400 | $200 |
| $10,668 | $10,668 | ($0) | 16 | Real Property | $64,007 | $10,668 |
| $10,512 | $5,000 | $5,512 | 17 | Insurance | $48,668 | $0 |
| $0 | $0 | $0 | 18 | Management Fees | $0 | $0 |
| $998 | $998 | $0 | 19 | Depreciation | $5,992 | $998 |
| | | | | Taxes: | | |
| $2,632 | $2,000 | $632 | 20 | Employer Payroll Taxes | $4,685 | $0 |
| $0 | $0 | $0 | 21 | Real Property Taxes | $138 | $0 |
| $142 | $0 | $142 | 22 | Other Taxes | $165 | $0 |
| $0 | $0 | $0 | 23 | Other Selling | $0 | $0 |
| $11,097 | $6,000 | $5,097 | 24 | Other Administrative | $39,307 | $11,000 |
| $152 | $200 | ($48) | 25 | Interest | $960 | $150 |
| $42,240 | $45,000 | ($2,760) | 26 | Other Expenses:          ADVERTISING | $274,776 | $42,000 |
| $830 | $1,500 | ($670) | 27 | AUTOMOBILE | $6,952 | $800 |
| $465 | $200 | $265 | 28 | EDUCATION | $4,323 | $500 |
| $191,190 | $130,000 | $61,190 | 29 | EMPLOYEE LEASING | $698,589 | $175,000 |
| $1,316 | $1,500 | ($184) | 30 | MERCHANT FEES | $8,959 | $1,300 |
| $2,145 | $500 | $1,645 | 31 | MISCELLANEOUS | $13,683 | $2,000 |
| $1,800 | $0 | $1,800 | 32 | PROFESSIONAL FEES | $3,625 | $1,800 |
| $24,658 | $1,000 | $23,658 | 33 | REFERENCE MATERIAL | $56,736 | $1,000 |
| $580 | $3,500 | ($2,920) | 34 | TELEPHONE | $18,330 | $600 |
| $247 | $200 | $47 | 35 | UTILITIES | $1,735 | $300 |
| $301,871 | $208,466 | $93,405 | 36 | Total Expenses | $1,253,157 | $248,316 |
| $4,544 | $77,774 | ($73,230) | 37 | Subtotal | $159,840 | $3,044 |
| $0 | $0 | $0 | 38 | Reorganization Items: | $0 | $0 |
| $0 | $0 | $0 | 39 | Provisions for Rejected Executory Contracts | $0 | $0 |
| $0 | $0 | $0 | 40 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | $0 | $0 |
| $0 | $0 | $0 | 41 | Gain or (Loss) from Sale of Equipment | $0 | $0 |
| $0 | $0 | $0 | 42 | U.S. Trustee Quarterly Fees | $4,550 | $0 |
| | | | 43 | | | |
| $0 | $0 | $0 | 44 | Total Reorganization Items | $4,550 | $0 |
| $4,544 | ·$77,774 | ($73,230) | 45 | Net Profit (Loss) Before Federal & State Taxes | $155,290 | $3,044 |
| $0 | $0 | $0 | 46 | Federal & State Income Taxes | $0 | $0 |
| $4,544 | $77,774 | ($73,230) | 47 | Net Profit (Loss) | $155,290 | $3,044 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

## BALANCE SHEET
### (General Business Case)
For the Month Ended _____07/31/14_____

Assets

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $284,937 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: PETTY CASH | | $200 |
| 8 | | | |
| 9 | **Total Current Assets** | | $285,137 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $1,200 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $8,000 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $69,740 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $78,940 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $364,077 |

NOTE:

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

## Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | |
|---|---|---|---:|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $0 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other:    CREDIT CARDS | | $33 |
| 42 | CLIENT DEPOSITS | | $25,430 |
| 43 | DUE TO AFFILIATES | | $83,858 |
| 44 | **Total Current Liabilities** | | $109,321 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $109,321 |

        **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 47 | Secured claims | F | $44,747 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $910,116 |
| 50 | **Total Pre-Petition Liabilities** | | $954,863 |
| 51 | **Total Liabilities** | | $1,064,184 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | ($856,397) |
| 53 | Capital Stock | $1,000 |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | $155,290 |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | ($700,107) |
| 60 | **Total Linbilities and Equity (Deficit)** | $364,077 |

# SCHEDULES TO THE BALANCE SHEET
### (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | | |
| 31-60 Days | | | |
| 61-90 Days | | | $0 |
| 91+ Days | | | |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
        Yes _____    No _____
How often do you take a complete physical inventory?

Weekly          _____
Monthly         _____
Quarterly       _____
Semi-annually   _____
Annually        _____
Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
    FIFO cost
    LIFO cost                    ___
    Lower of cost or market      ___
    Retail method                ___
    Other                        ___
    Explain                      ___

Revised 1/1/98

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| BOOKS | $1,200 | $1,200 |
| | | |
| | | |
| | | |
| Total | $1,200 | $1,200 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| | | |
| Furniture & Fixtures - | | |
| OFFICE FURNITURE | $14,680 | $8,000 |
| SIGN | $3,500 | $0 |
| | | |
| Total | $18,180 | $8,000 |
| | | |
| Office Equipment - | | |
| OFFICE EQUIPMENT | $69,725 | $0 |
| | | |
| Total | $69,725 | $0 |
| | | |
| Leasehold Improvements - | | |
| LEASEHOLD IMPROVEMENTS | $412,649 | $0 |
| | | |
| Total | $412,649 | $0 |
| | | |
| Vehicles - | | |
| VEHICLES | $130,683 | $69,740 |
| | | |
| Total | $130,683 | $69,740 |

Schedule E
Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

Schedule F
Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $44,747 | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $910,116 | |

(a)   List total amount of claims even it under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

Schedule G
Rental Income Information
Not applicable to General Business Cases

Schedule H
Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | BDCU | BDCU | BDCU | BDCU |
| Account Type | CHECKING | SAVINGS | CHECKING | SAVINGS |
| Account No. | | | | |
| Account Purpose | BUSINESS | BUSINESS | BUSINESS | BUSINESS |
| Balance, End of Month | $95,822 | $189,810 | ($728) | $32 |
| Total Funds on Hand for all Accounts | $284,937 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended ___07/31/14___

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $306,358 | $1,412,813 |
| 3 | Interest Received | $57 | $187 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | CLIENT DEPOSITS RECEIVED | $4,799 | $25,429 |
| 8 | DUE TO AFFILIATES | $36,065 | $36,757 |
| 9 | | | |
| # | | | |
| # | | | |
| # | | | |
| # | **Total Cash Receipts** | $347,279 | $1,475,186 |
| | **Cash Disbursements** | | |
| # | Payments for Inventory | | |
| # | Selling | | |
| # | Administrative | $11,097 | $39,307 |
| # | Capital Expenditures | $14,240 | $14,240 |
| # | Principal Payments on Debt | $0 | $2,558 |
| # | Interest Paid | $152 | $960 |
| | Rent/Lease: | | |
| # | Personal Property | $200 | $1,400 |
| # | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| # | Salaries | | |
| # | Draws | | |
| # | Commissions/Royalties | | |
| # | Expense Reimbursements | | |
| # | Other | | |
| # | Salaries/Commissions (less employee withholding) | | |
| # | Management Fees | | |
| | Taxes: | | |
| # | Employee Withholding | | |
| # | Employer Payroll Taxes | $0 | $2,053 |
| # | Real Property Taxes | $2,632 | $2,770 |
| # | Other Taxes | $142 | $165 |
| # | Other Cash Outflows: | | |
| # | ADVERTISING | $42,240 | $274,776 |
| # | AUTOMOBILE | $830 | $6,952 |
| # | BANKRUPTCY FEES | $0 | $4,550 |
| # | CONTRACT LABOR | $0 | $127 |
| # | DUE FROM AFFILIATES | $0 | $0 |
| # | EDUCATION | $465 | $4,323 |
| # | EMPLOYEE LEASING | $191,190 | $699,395 |
| # | INSURANCE | $10,512 | $48,668 |
| # | MERCHANT FEES | $1,316 | $8,959 |
| # | MISCELLANEOUS | $2,145 | $13,683 |
| # | PROFESSIONAL FEES | $1,800 | $3,625 |
| # | REFERENCE MATERIAL | $24,658 | $56,736 |
| # | TELEPHONE | $580 | $18,330 |
| # | UTILITIES | $247 | $1,735 |
| # | **Total Cash Disbursements:** | $304,445 | $1,205,312 |
| # | Net Increase (Decrease) in Cash | $42,834 | $269,874 |
| # | Cash Balance, Beginning of Period | $242,103 | $15,063 |
| # | Cash Balance, End of Period | $284,937 | $284,937 |

Revised 1/1/98

STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended    07/31/14

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | Cash Flows From Operating Activities | | |
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | | |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | | |
| 17 | Employee Withholdings | | |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | Net Cash Provided (Used) by Operating Activities before Reorganization Items | $0 | $0 |
| | Cash Flows From Reorganization Items | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | Net Cash Provided (Used) by Reorganization Items | $0 | $0 |
| 33 | Net Cash Provided (Used) for Operating Activities and Reorganization Items | $0 | $0 |
| | Cash Flows From Investing Activities | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | Net Cash Provided (Used) by Investing Activities | $0 | $0 |
| | Cash Flows From Financing Activities | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | Net Cash Provided (Used) by Financing Activities | $0 | $0 |
| 44 | Net Increase (Decrease) in Cash and Cash Equivalents | $0 | $0 |
| 45 | Cash and Cash Equivalents at Beginning of Month | | |
| 46 | Cash and Cash Equivalents at End of Month | $0 | $0 |

Revised 1/1/98