

Honorable August B. Landis
United States Bankruptcy Judge

**Entered on Docket**
**August 29, 2014**

___

Armand Fried, Esq.
Attorney at Law
8668 Spring Mountain Road, Ste. 102
Las Vegas, NV 89117
Tel: (702) 853-1747
Fax: (702) 220-7036
Email: armandfried@msn.com
Attorney for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | |
| ) | |
| REZA ATHARI & ASSOCIATES, ) | Case No. 14-10724-ABL |
| P.L.L.C. ) | Chapter 11 |
| ) | |
| Debtor. ) | Date: July 23, 2014 |
| ) | Time: 1:30 p.m. |
| ) | Place: ABL-Courtroom 1, Foley Federal Bldg. |

**ORDER GRANTING EMPLOYMENT OF COUNSEL**

On July 23, 2014, the Court convened a hearing on the Application of Reza Athari & Associates, P.L.L.C., Debtor-in-Possession, in the above-captioned bankruptcy proceedings, applying for the employment of Las Vegas, Nevada, attorney Armand Fried ("Firm,") to serve as bankruptcy counsel to the Debtor and upon the verified statements filed pursuant to Rules 2014 and 1016, Rules of Bankruptcy Procedure ("RBP") and said Firm being duly admitted to practice in this Court, and the Court being advised that the Firm represent no adverse interest to the Debtor, and advised that the Firm is a disinterested party, pursuant to 11 U.S.C. Section 101(14), 327 and 329, and the Court

being advised that said employment is necessary and will be in the best interest of this estate.

**IT IS ORDERED** that the Firm shall be employed as of June 14, 2014, to serve as bankruptcy counsel of the Debtor subject to the terms set forth in the Application with certain qualifications set forth hereinafter.

**IT IS FURTHER ORDERED** that there shall be no set off against the retainer, if the Firm has obtained a retainer, and no compensation paid, and no reimbursement of expenses, except upon appropriate application and after notice and hearing. There shall be no set against the retainer irrespective of the course of said retainer.

**IT IS FURTHER ORDERED** that at the time the Firm submits its application for approval and payments of attorneys fees and costs with the Bankruptcy Court, the Firm shall comply fully with all provisions of RBP 2016, including providing the Court with a detailed billing statement attached to the application. The detailed billing statement should have the tasks performed by the Firm broken down on a daily basis in a detailed manner with the actual time expended, allotted to each task, so that the Court may ascertain how much time was expended by the Firm on research, drafting of pleadings, attendance of the Firm at a court hearing, etc. It is not acceptable to "lump" entries,; that is, to list "research and draft motion." It is also not acceptable to have value or incomplete entries, such as "telephone all to client" or "research on motion to vacate stay."

**IT IS FURTHER ORDERED** that any application submitted to the Court shall not include any required for the payment of overhead. For instance, to the extent that the Firm includes overhead costs for computer-assisted research, for long distance telephone calls, for facsimile charges, etc., said over head costs should be deleted from the actual requests for costs submitted to the Bankruptcy Court.

**IT IS FURTHER ORDERED** that the costs to be included in the application should constitute only the necessary and actual costs incurred by the firm; therefore, such costs items as secretarial over, or similar charges, should not be included in the costs statements to be submitted to the Bankruptcy Court for approval.

**IT IS FURTHER ORDERED** that is the services rendered are not set forth in a

detailed manner, or the costs are not broken down in an detailed manner with full explanation therefor, that the lack of detail may result in the denial of the fees or costs required, or in the Court requesting additional information before the approval of the fees or costs requested.

SO ORDERED.

_____
JUDGE

Respectfully Submitted by:

ARMAND FRIED, ESQ.

By: /s/ Armand Fried, Esq.
Attorney at Law
8668 Spring Mountain Road, Ste. 102
Las Vegas, NV 89117
Tel: (702) 853-1747
Fax: (702) 220-7036
Email: armandfried@msn.com
Attorney for Debtor-in-Possession

## RULE 9021 DECLARATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

- ☐ The court has waived the requirement of approval under LR 9021 (b)(1).
- ☑ No party appeared at the hearing or filed an objection to the motion.
- ☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.
- ☐ I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Armand Fried
Attorney at Law
Attorney for Debtor-in-Possession