Electronically Filed: September 17, 2014

ANDERSEN LAW FIRM, LTD.
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
415 South 6th Street, Suite 203B
Las Vegas, Nevada 89101
Email: randersen@andersenlawlv.com
Phone: 702-522-1992
Fax:    702-825-2824

*Proposed Counsel for Debtor*

## UNITED STATES BANKRUPTY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 14-10724-ABL |
| REZA ATHARI & ASSOCIATES, P.L.L.C, | Chapter 11 |
| Debtor. | **SUBSTITUTION OF COUNSEL** |

The above-captioned debtor and debtor-in-possession ("Debtor"), Reza Athari & Associates, P.L.L.C., hereby agrees to the substitution of Andersen Law Firm, Ltd. as its counsel of record in the above-captioned bankruptcy case, in place and stead of Armand Fried, Esq. and The Bourassa Law Group, LLC.

Dated this 17 of September, 2014.

REZA ATHARI & ASSOCIATES, P.L.L.C.

By: _____
Reza Athari, its Manager

1  Andersen Law Firm, Ltd. hereby agrees to its substitution as counsel of record for Debtor in
2  the above-captioned bankruptcy case, in place and stead of Armand Fried, Esq. and The Bourassa Law
3  Group, LLC.

4  Dated this 17th day of September, 2014.

**ANDERSEN LAW FIRM, LTD.**

By: /s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
415 South 6th Street, Suite 203B
Las Vegas, Nevada 89101

Armand Fried, Esq. and The Bourassa Law Group, LLC hereby agrees to the substitution of Andersen Law Firm, Ltd. in their place and stead as counsel of record for Debtor in the above-captioned bankruptcy case.

Dated this 17th day of September, 2014.

**ARMAND FRIED, ATTORNEY AT LAW**

By: /s/ Armand Fried
Armand Fried, Esq.
Nevada Bar No. 10590
8668 Spring Mountain Rd., Ste. 102
Las Vegas, Nevada 89117

**THE BOURASSA LAW GROUP, LLC**

By: /s/ Marilyn A. Caston
Marilyn A. Caston, Esq.
Nevada Bar No. 11654
8688 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117