**Electronically Filed: September 18, 2014**

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
415 South 6th Street, Suite 203B
Las Vegas, Nevada 89101
Email: *randersen@andersenlawlv.com*
Phone: 702-522-1992
Fax:    702-825-2824

*Proposed Counsel for Debtor*

# UNITED STATES BANKRUPTY COURT

# DISTRICT OF NEVADA

In re:

REZA ATHARI & ASSOCIATES, P.L.L.C,

Debtor.

Case No.: 14-10724-ABL
Chapter 11

**SUBSTITUTION OF COUNSEL**

The above-captioned debtor and debtor-in-possession ("Debtor"), Reza Athari & Associates, P.L.L.C., hereby agrees to the substitution of Andersen Law Firm, Ltd. as its counsel of record in the above-captioned bankruptcy case, in place and stead of Mark P. Pyper of Owens & Pyper, P.L.C.

Dated this 18th day of September, 2014.

**REZA ATHARI & ASSOCIATES, P.L.L.C.**

By:   /s/ Reza Athari
       Reza Athari, its Manager

1  Andersen Law Firm, Ltd. hereby agrees to its substitution as counsel of record for Debtor in
2  the above-captioned bankruptcy case, in place and stead of Mark P. Pyper of Owens & Pyper, P.L.C.
3  Dated this 18th day of September, 2014.

**ANDERSEN LAW FIRM, LTD.**

By: /s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
415 South 6th Street, Suite 203B
Las Vegas, Nevada 89101

Mark P. Pyper of Owens & Pyper, P.L.C hereby agrees to the substitution of Andersen Law Firm, Ltd. in its place and stead as counsel of record for Debtor in the above-captioned bankruptcy case.

Dated this 18th day of September, 2014.

By: /s/ Mark B. Pyper
Mark B. Pyper, Esq.
(Admitted Pro Hac Vice)
**OWENS & PYPER, P.L.C**
3030 N. Central Avenue, Ste. 1406
Phoenix, Arizona 85012